# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

ATLANTIC SPECIALTY INSURANCE
COMPANY,[1]

        **Plaintiff/Counter-Defendant,**

v.

BLUE CROSS AND BLUE SHIELD OF
KANSAS, INC.,

        **Defendant/Counter-Plaintiff,**

v.

ALLIED WORLD
SURPLUS LINES INSURANCE
COMPANY f/k/a DARWIN SELECT
INSURANCE COMPANY and
BLUE CROSS BLUE SHIELD
ASSOCIATION,

        **Defendants.**

Case No.  18-2371-DDC-JPO

---

**ALLIED WORLD SPECIALTY
INSURANCE COMPANY, f/k/a DARWIN
SELECT INSURANCE COMPANY,**

**Plaintiff/Counter-Defendant,**

v.

**BLUE CROSS AND BLUE SHIELD OF
KANSAS, INC.,**

**Defendant/Counter-Plaintiff.**

Case No. 18-2515-DDC-ADM

---

[1]    On November 16, 2021, the court granted an unopposed motion to substitute a party—*i.e.*, Atlantic Specialty Insurance Company for Bedivere Insurance Company f/d/b/a OneBeacon Insurance Company—in these consolidated cases under Fed. R. Civ. P. 25(c).

# JUDGMENT IN A CIVIL CASE

☐     Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED BY THE COURT THAT** pursuant to the Memorandum and Order (Doc. 129) in Case No. 18-2371, filed on September 21, 2020, judgment is entered in favor of defendant Blue Cross Blue Shield Association on plaintiff OneBeacon Insurance Company's claim for subrogation in Count IX of the First Amended Complaint (Doc. 55) in Case No. 18-2371.[2]

**IT IS FURTHER ORDERED BY THE COURT THAT** pursuant to the Memorandum and Order (Doc. 185) in Case No. 18-2371, filed on February 15, 2022, plaintiff's Motion for Entry of Rule 54(b) Judgment on Count IX (Doc. 137) in Case No. 18-2371 is granted. The court determines that its ruling granting defendant Blue Cross Blue Shield Association judgment in Count IX is final and that there is no reason for delaying entry of judgment.

**IT IS FURTHER ORDERED BY THE COURT THAT** pursuant to the Memorandum and Order (Doc. 260) in Case No. 18-2371, filed on March 27, 2023, judgment is entered in favor of plaintiff/counter-defendant Allied World Specialty Insurance Company on subsections (a)–(c) of Allied World's Count I—declaring that Allied World has no duty under the D&O Policy to provide insurance coverage for BCBSKS's Defense Costs in the MDL Action—of Allied World Speciality Insurance Company's Complaint for Declaratory Judgment (Doc. 1) filed in Case No. 18-2515.

**IT IS FURTHER ORDERED BY THE COURT THAT** pursuant to the Memorandum and Order (Doc. 260) in Case No. 18-2371, filed on March 27, 2023, judgment is entered in favor of plaintiff/counter-defendant Allied World Specialty Insurance Company on Counts I and II of BCBSKS's Counterclaim (Doc. 16) filed in Case No. 18-2515.

**IT IS FURTHER ORDERED BY THE COURT THAT** pursuant to the Memorandum and Order (Doc. 269) in Case No. 18-2371, filed on June 14, 2023, judgment is entered in favor of plaintiff/counter-defendant Allied World Specialty Insurance Company on the remaining portions of Allied World's Count I of its Complaint for Declaratory Judgment (Doc. 1) filed in Case No. 18-2515.

**IT IS FURTHER ORDERED BY THE COURT THAT** pursuant to the Memorandum and Order (Doc. 269) in Case No. 18-2371, filed on June 14, 2023, judgment is entered in favor of plaintiff/counter-defendant Allied World Specialty Insurance Company on Count III of BCBSKS's Counterclaim (Doc. 16) filed in Case No. 18-2515.

---

[2]     In the lead case, Case No. 18-2371, the parties resolved the remaining claims and filed a Joint Stipulation of Dismissal with Prejudice (Doc. 239) on August 25, 2022.

<table>
<tr><td>06/14/2023<br>Date</td><td>SKYLER B. O'HARA<br>CLERK OF THE DISTRICT COURT<br><br>by: s/ Megan Garrett<br>Deputy Clerk</td></tr>
</table>