**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY F/K/A DARWIN NATIONAL ASSURANCE COMPANY,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF KANSAS, INC.,<br><br>Defendant/Counter-Plaintiff. | Case No. 2:18-cv-02515-DDC |

### JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to settlement, Plaintiff/Counter-Defendant Allied World Specialty Insurance Company f/k/a Darwin National Assurance Company ("Allied World") and Defendant/Counter-Plaintiff Blue Cross and Blue Shield of Kansas, Inc. ("BCBSKS" and, collectively, the "Parties"), through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to dismiss this action and all claims and defenses asserted therein with prejudice, including Allied World's Complaint (Doc. 1), and BCBSKS's Amended Counterclaim (Doc. 53), with each party bearing its own attorneys' fees, costs, and expenses.

Dated: September 3, 2025

By: */s/ Barry L. Pickens*

Dan J. Hofmeister (IL #6204299) (*pro hac vice*)
Kevin D. Tessier (IL #6238232) (*pro hac vice*)
Caitlin O. Young (IL #6321768) (*pro hac vice*)
Crowell & Moring LLP
455 N. Cityfront Plaza Dr., Suite 3600
Chicago, IL 60611
dhofmeister@crowell.com
ktessier@crowell.com
caitieyoung@crowell.com
T: (312) 321-4200

Douglas M. Weems (KS #14771)
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
dweems@spencerfane.com
T: (816) 474-8100

Barry L. Pickens (KS #15822)
Spencer Fane LLP
6201 College Boulevard, Suite 500
Overland Park, KS 66211
bpickens@spencerfane.com
T: (913) 327-5129

*Attorneys for Defendant/Counter-Plaintiff Blue Cross and Blue Shield of Kansas, Inc.*

and

By: */s/ Christopher M. Harper*

Christopher M. Harper
John L. Mullen
Franke Schultz & Mullen, PC
8900 Ward Parkway
Kansas City, Missouri 64114
charper@fsmlawfirm.com
jmullen@fsmlawfirm.com

Heidi Hudson Raschke
Carlton Fields, P.A.
4221 West Boy Scout Blvd., Suite 1000
Tampa, Florida 33607
hraschke@carltonfields.com

Steven J. Brodie
Carlton Fields, P.A.
100 Southeast 2nd St., Suite 4200
Miami, Florida 33131
sbrodie@carltonfields.com

Amanda D. Proctor
Carlton Fields, P.A.
1201 W. Peachtree St. NW, Suite 3000
Atlanta, GA 30309
aproctor@carltonfields.com

*Attorneys for Defendant/Counter-Plaintiff Allied World Surplus Lines Insurance Co. f/k/a Darwin Select Insurance Company*

- 2 -

## CERTIFICATE OF SERVICE

    I certify that, on September 3, 2025, a true copy of the foregoing document was served electronically via this Court's CM/ECF system on all parties receiving electronic notice.

*/s/ Barry L. Pickens*
*Attorney for Defendant/Counter-Plaintiff Blue Cross and Blue Shield of Kansas, Inc.*